**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

BRIDGET O'ROURKE

     Plaintiff,

v.                              CASE NO.:   3:18-cv-01179-BJD-JRK

CONTINENTAL FINANCE COMPANY, LLC

     Defendant.

## NOTICE OF PENDING SETTLEMENT

**PLAINTIFF,** BRIDGET O'ROURKE, by and through her undersigned counsel, hereby submits this Notice of Pending Settlement and states that Plaintiff, BRIDGET O'ROURKE, and Defendant, CONTINENTAL FINANCE COMPANY, LLC, have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents.   Upon execution of same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on this 18th day of December, 2018, a true and correct copy of the foregoing was filed with the Clerk of the Court and served on the parties of record using the CM/ECF system.

                             Respectfully submitted,

                             */s/Heather H. Jones*
                             Heather H. Jones, Esq.
                             Florida Bar No. 0118974
                             William "Billy" Peerce Howard, Esq.
                             Florida Bar No. 0103330
                             THE CONSUMER PROTECTION FIRM, PLLC
                             4030 Henderson Blvd.
                             Tampa, FL   33629
                             Telephone: (813) 500-1500, ext. 205
                             Facsimile: (813) 435-2369
                             Heather@TheConsumerProtectionFirm.com
                             Billy@TheConsumerProtectionFirm.com
                             *Attorney for Plaintiff*