UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BRIDGET O'ROURKE,

    Plaintiff,

v.                                          CASE NO.: 3:18-cv-01179-BJD-JRK

CONTINENTAL FINANCE COMPANY,
LLC,

    Defendant.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, BRIDGET O'ROURKE, and the Defendant, CONTINENTAL FINANCE COMPANY, LLC, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and through their undersigned counsel, hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant, in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

    By:

| | |
|---|---|
| /s/ Heather H. Jones | /s/ |
| Heather H. Jones, Esq. | Lamiaa E. Elfar, Esq. |
| Florida Bar No. 0118974 | 4550 New Linden Hill Rd, 4th Floor |
| William "Billy" Peerce Howard, Esq. | Wilmington, DE  19808 |
| Florida Bar No. 0103330 | CONTINENTAL FINANCE COMPANY, LLC |
| THE CONSUMER PROTECTION FIRM, PLLC | TELEPHONE: (302) 444-0172 |
| 4030 Henderson Blvd. | lelfar@contfinco.com |
| Tampa, FL 33629 | *General Counsel for Defendant* |
| Telephone: (813) 500-1500, ext. 205 | |
| Facsimile: (813) 435-2369 | |
| Heather@TheConsumerProtectionFirm.com | |
| Billy@TheConsumerProtectionFirm.com | |
| *Attorney for Plaintiff* | |

## **CERTIFICATE OF SERVICE**

      I certify that on February 7, 2019, a copy of the foregoing document was served on all counsel of record via CM/ECF.

                                      */s/ Heather H. Jones*
                                      Heather H. Jones, Esq.
                                      Florida Bar No. 0118974
                                      William "Billy" Peerce Howard, Esq.
                                      Florida Bar No. 0103330
                                      THE CONSUMER PROTECTION FIRM, PLLC
                                      4030 Henderson Blvd.
                                      Tampa, FL 33629
                                      Telephone: (813) 500-1500, ext. 205
                                      Facsimile: (813) 435-2369
                                      Heather@TheConsumerProtectionFirm.com
                                      Billy@TheConsumerProtectionFirm.com
                                      *Attorney for Plaintiff*