UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**BRIDGET O'ROURKE,**

    **Plaintiff,**

v.       Case No.: 3:18-cv-1179-J-39JRK

**CONTINENTAL FINANCE COMPANY, LLC,**

    **Defendant.**

_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Joint Stipulation of Dismissal with Prejudice (Doc. No. 12; Stipulation) filed on February 7, 2019. In the Stipulation, the parties indicate their agreement to dismissal of this case with prejudice. See Stipulation at 1.

Accordingly, it is hereby

**ORDERED**:

1. This case is **DISMISSED with prejudice.**

2. Each party shall bear its own costs and fees.

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE and ORDERED** in Jacksonville, Florida this 8th day of February, 2019.

_____
BRIAN J. DAVIS
United States District Judge

***Copies to:***

Counsel of Record

*ap*